UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATE: **02/14/05**
TIME: **3:20-4:15**
CRIMINAL CAUSE FOR: **Guilty Plea**

DOCKET #: **CR03-00304**

| | |
|---|---|
| DEFENDANT: **Richard Martino** | ATTORNEY: **Gustave Newman, Esq.** |
| DEFENDANT: | ATTORNEY: |
| DEFENDANT: | ATTORNEY: |
| DEFENDANT: | ATTORNEY: |

ASSISTANT U.S. ATTORNEY: **Eric Komitee**

COURT REPORTER: **Allan Sherman**   INTERPRETER:

PROBATION OFFICER:   DEPUTY: **V. Holley**

S.S. Information filed in open court.
Waiver of Indictment accepted.
G/P to ct 5 of S.S. Information accepted.
Sentencing 5/20/05 at 11:30.
Electronic monitoring bracelet to be removed.