SLR:EB:TJK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

SALVATORE LOCASCIO,
    also known as "Tore,"
RICHARD MARTINO,
ZEF MUSTAFA,
DANIEL MARTINO,
ANDREW CAMPOS,
    also known as
    "Andrew Campo,"
THOMAS PUGLIESE and
USP&C, INC.,

    Defendants.

- - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 20 2005 ★

P.M.
TIME A.M.

THIRD MODIFIED
RESTRAINING ORDER

CR-03-304 (CBA)(S-6)

WHEREAS the United States of America and the above-captioned Defendants, by and through their counsel, have agreed and jointly applied, in the interest of justice, pursuant to Title 18, United States Code, Section 1963, for a second modification of this Court's Post-Indictment Retraining Order dated July 9, 2004; and

WHEREAS on February 14, 2005, the Defendants entered guilty pleas in United States District Court for the Eastern District of New York in this action, or related criminal proceedings, and pursuant to the terms of Plea Agreements executed on February 14, 2005, agreed to the forfeit certain property constituting proceeds, property traceable to proceeds, and/or property involved in the offenses to which the Defendants pleaded guilty;

WHEREAS, pursuant to the terms of the Defendants' Plea Agreements, the Defendants agreed to forfeit all right, title and interest in the funds on deposit in the accounts of certain corporations which are subject to restraint;

WHEREAS, the Defendants hereby agree to release, indemnify and hold harmless the United States, its officers, agents and/or employees, past and present, from and against any claim for relief or cause of action for any conduct or action in any way connected to the seizure, restraint, custody or forfeiture of the assets at issue in the restraining order, or arising from the provisions from the instant modification; and

IT IS HEREBY ORDERED that in light of the foregoing, the Restraining Order signed by this Court, dated July 9, 2004, is hereby modified to reflect the forfeiture by the Defendants of all right, title and interest the following funds to the United States of America;

- a) all funds on deposit in UMB Bank account numbers 987-0967-77 and 987-09119-22 held in the name of Lexitrans, Inc.;

- b) all funds on deposit in HSBC Bank account number 61-50415-66 held in the name of Caller Requested Transfer, Inc.;

- c) all funds on deposit in HSBC Bank account numbers 611-50415-74 and 61-50076-19 held in the name of Voice Link Network Services, Inc.;

- d) all funds held on deposit in Citizens National Bank account number 99-2014-44 held in the name of Cassiopeia Group, Inc.;

e) all funds on deposit in Citizens National Bank account number 99-2014-36 held in the name of Branching Enterprises, Inc.;

f) all funds on deposit in JP Morgan Chase account number 376-5003376-65 held in the name of Omni Present Digital, Inc.;

g) all funds held on deposit in JP Morgan Chase account number 376-5003384-65 held in the name of LJ Internet, Inc.;

h) all funds held on deposit in JP Morgan Chase account numbers 937-6083578-19 and 937-5027010-66 held in the name of Telecom Online, Inc.;

i) all funds on deposit in JP Morgan Chase account numbers 110-0674110-66 and 110-0674110-67 held in the name of Mical Properties, Inc.;

Upon receipt of this order, the respective financial institutions shall forward all funds on deposit in the foregoing accounts to the United States of America or its agent or designee, in the manner designated by the United States of America.

IT IS FURTHER ORDERED that the Restraining Order signed by this Court, dated July 9, 2004, is hereby modified to <u>release</u> therefrom the following assets:

a) all funds on deposit in Caderat Grant & Company account numbers 0330-45273-25, 0420-22352-33, 0818-77467-26, 0818-83286-86, 501-59246-80, 121-65567-85, 0818-90592-47 held in the name of Creative Program Communications, Inc.;

b) all funds on deposit in Oppenheimer Funds account numbers 330-33045273-25 and 420-42022352-33 held in the name of Creative Program Communications, Inc.;

c) all funds on deposit in MFS Investment account numbers 223-8188328-686 and 299-8187746-726 held in the name of Creative Program Communications, Inc.;

- d) all funds on deposit in JP Morgan Chase account number 185-5024481-65 held in the name of Fisher King Irrevocable Trust;

- e) all funds on deposit in JP Morgan Chase account number 185-5024406-65 held in the name of Lion King Irrevocable Trust;

- f) all funds on deposit in JP Morgan Chase account number 185-5024414-65 held in the name of Forty Niner Irrevocable Trust; and

- g) all funds on deposit in JP Morgan Chase account number 185-5024238-65 held in the name of Cowboy Irrevocable Trust.

IT IS FURTHER ORDERED that this Second Modified Restraining Order and Release shall be binding upon the defendants, their attorneys, agents, and employees, and all persons in active concert or participation with any of the above who receive actual notice of this Order, or any other person having actual knowledge of this Order; and

IT IS FURTHER ORDERED that service of this Second Modified Restraining Order and Release shall be permitted to be made and effectuated by Telecopier, Overnight Mail, or Personal Service; and

IT IS FURTHER ORDERED that this Order shall remain in effect until further Order of the Court or until the Court makes modification of the Order as appears necessary in the interest of justice and consistent with the purposes of 18 U.S.C. § 1963.

**SO ORDERED** this 13 day of May 2005.

---

HONORABLE CAROL BAGLEY AMON
United States District Judge
Eastern District of New York