c/m

# NEWMAN & GREENBERG
### ATTORNEYS

GUSTAVE H. NEWMAN
RICHARD A. GREENBERG

STEVEN Y. YUROWITZ

950 THIRD AVENUE
NEW YORK, N.Y. 10022
TEL: (212) 308-7900
FAX: (212) 826-3273

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 29 2005 ★
TIME A.M. _____ P.M. _____

August 23, 2005

*Application granted.*

*So Ordered*
/S/ HON. CAROL B. AMON
8/23/05

By Fax (718-260-2417) and U.S. Postal Service
Hon. Carol B. Amon
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. LoCascio, et al.*
CR-03-304 (S-5) (CBA)
**(Application to Modify Procedure for R. Martino's Sentencing Objections)**

Dear Judge Amon:

The government today has informally expressed concern to me about some of the factual and legal positions we have taken in our 20-page, single-spaced submission containing our objections to the Presentence Report ("PSR") on behalf of Richard Martino. With the government's consent, I propose the following modification of the Court's scheduling order which, if adopted, will likely benefit the Court: the government will provide us by Friday, August 26, 2005, with a more formal itemization of the issues and positions of concern to the government, and we will submit to the Court by Friday, September 2, Martino's final objections to the PSR, possibly refined in light of the government's articulated concerns. I understand that the government will be asking the Court to permit it to respond to our final objections to the PSR by Thursday, September 8. This revised schedule and procedure, if the Court approves it, may well result in the elimination or narrowing of the many sentencing issues the Court might otherwise be compelled to spend time resolving. Until we hear from the Court concerning this proposal, the government and I believe it is advisable to hold off filing with the Court Martino's present lengthy objections to the PSR, some of which may ultimately be mooted.

Respectfully submitted,

Richard A. Greenberg

c: AUSA Eric R. Komitee (by fax)
U.S.P.O. Elizabeth Silverio (by fax)